# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| Dawn Valli, *et al.*, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> AVIS Budget Group, Inc., *et al.*, <br><br> Defendants-Appellants. | No. 24-3025 |

## DEFENDANT-APPELLANTS' UNOPPOSED
## MOTION FOR EXTENSION OF TIME TO FILE BRIEF FOR APPELLANTS AND JOINT APPENDIX

Pursuant to Federal Rule of Appellate Procedure 27 and Local Appellate Rule 31.4, Defendants-Appellants Avis Budget Group, Inc.; Avis Rent A Car System, LLC; Avis Budget Car Rental, LLC; and Budget Rent-A-Car System, Inc. (collectively, "Defendants") move this Court for a 30-day extension of time to file their brief for appellants and joint appendix. Plaintiffs-Appellees Dawn Valli and Anton S. Dubinsky do not oppose the extension requested.

As grounds for this motion, Defendants state as follows:

1. Plaintiffs filed this class action against Defendants alleging violations of New Jersey Consumer Fraud Act, breach of the covenant of good faith and fear dealing, unjust enrichment, and unconscionability under New Jersey law.

2. On February, 2, 2024, Defendants filed a motion to compel arbitration based on agreements in which members of the class agreed to arbitrate their disputes

with Defendants. Avis filed an amended motion to compel arbitration on February 7, 2024.

3. On September 30, 2024, the district court issued an order with supporting opinion denying Defendants' request to compel arbitration on the theory that they waived their bargained-for right to have these disputes resolved through arbitration.

4. On October 29, 2024, Defendants timely appealed the district court's order denying their motion to compel arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 16 (appeal may be taken from an order denying motion to compel arbitration).

5. This Court issued a briefing schedule on November 19, 2024, directing Defendants to file their brief for appellants and joint appendix on December 30, 2024; Plaintiffs to file their principal brief(s) 30 days thereafter; and Defendants to file their reply brief 21 days after the filing of Plaintiffs' principal brief(s).

4. Defendants now seek a 30-day extension of time to file their brief for appellants and joint appendix—until January 29, 2025—for good cause. Defendants' appellate counsel has several conflicting professional obligations during the current opening-brief timeframe, including: (i) reply briefs in *Golden Eagle Resources II, LLC v. EQT Production Company*, No. 854 WDA 2023 (Pa. Super.) and *Siltstone Resources, LLC v. EQT Production Company*, No. 413 WDA 2024 (Pa. Super.) (due Dec. 12, 2024); (ii) preparation of significant post-trial briefing after return of a $160,000,000 jury verdict

in *Leonard Wiley Street, et al. v. Daimler Truck North America LLC*, No. CV-2023-900002 (Ala. Cir. Ct. Clarke Cty.) (due Dec. 13, 2024); (iii) preparation of a reply in support of a petition for allowance of appeal in *Kowall v. United States Steel Corporation*, No. 298 WAL 2024 (Pa.) (to be filed in early December); (iv) preparation of an appellant's opening brief in *County of San Bernardino v. Insurance Company of the State of Pennsylvania*, No. 24-6986 (9th Cir.) (due Dec. 30, 2024); and (v) oral argument preparation in *Academy of Allergy & Asthma in Primary Care v Louisiana Health Service &Indemnity, et al.*, No 23-30925 (5th Cir.) (argument scheduled for Jan. 6, 2025). Additionally, the deadline overlaps with the upcoming Thanksgiving and December holidays.

5. The requested extension of time will enable Defendants' appellate counsel, who were not involved in this case in the district court, to review the record and prepare a brief that will fully address the relevant legal and factual issues and the district court's resolution of those issues, and thereby assist the Court in its resolution of this appeal.

6. This is Defendants' first request for an extension.

7. Counsel for Defendants have notified counsel for Plaintiffs of this request for an extension. As noted, Plaintiffs-Appellees do oppose this request.

For good cause, Defendants therefore request that the due date for their brief for appellants and joint appendix be extended 30 days to January 29, 2025.

| | |
|---|---|
| Dated: November 26, 2024 | REED SMITH LLP |
| | *s/ James C. Martin*  <br>James C. Martin <br>Colin E. Wrabley <br>Jason E. Hazlewood <br>Ted A. Hages <br>225 Fifth Avenue, Suite 1200 <br>Pittsburgh, PA 15222 <br>(412) 288-3546 <br>(412) 288-3063 (facsimile) <br>jcmartin@reedsmith.com <br>cwrabley@reedsmith.com <br>jhazlewood@reedsmith.com <br>thages@reedsmith.com <br><br>*Counsel for Defendants-Appellants Avis Budget Group, Inc.; Avis Rent A Car System, LLC; Avis Budget Car Rental, LLC; and Budget Rent-A-Car System, Inc.* |

# CERTIFICATE OF COMPLIANCE

I hereby certify that this Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 607 words (based on the Microsoft Word word-count function), excluding the parts of the Motion exempted by Fed. R. App. P. 32(f).

I hereby certify that this Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word in Garamond, 14-point type.

*s/ James C. Martin*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on November 26, 2024, I electronically filed the foregoing Unopposed Motion for Extension of Time to File Brief for Appellants and Joint Appendix with the Clerk of this Court using the Appellate CM/ECF system, which will automatically serve a notice of docket activity upon all counsel of record.

                *s/ James C. Martin*